

400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.355.9660
paf@hornwright.com

May 6, 2025

**VIA ECF**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re.:   *Ayala v. County of Nassau, et al.*
                2:24-cv-06688 (MKB)(ST)

Dear Judge Tiscione:

      Horn Wright, LLP represents Plaintiff Antonio Ayala in connection with the above-referenced matter. The parties submit the following joint letter for the Court's consideration.

      At present, the parties are waiting for the body worn camera footage from the Nassau County Police Department. I spoke with Mr. Reissman this morning and he anticipates receiving the footage within the week. The parties have already obtained the arrest paperwork and related documents from Plaintiff's arrest and prosecution. The parties have also obtained some of the medical records related to Plaintiff's treatment but need to obtain additional records from Good Samaritan Hospital and Central Orthopedic Group, LLP.

      Counsels believe that once these records are received, the parties will be able to have fruitful discussions regarding settlement. Therefore, it is respectfully requested that the parties be afforded until June 5, 2025, to provide a further status report to the Court.

      Thanking the Court for its time and consideration, I remain

Respectfully,

**HORN WRIGHT, LLP**                      **NASSAU COUNTY**
                                                 **ATTORNEY'S OFFICE**

By:   */S Pablo A. Fernandez*          By:   */S/ Ralph J. Reissman*
            Pablo A. Fernandez                          Ralph J. Reissman