UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
ANTONIO AYALA,

                              Plaintiff,

                   -against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, NASSAU COUNTY POLICE OFFICER MICHAEL T. MCINTYREN, in his individual and official capacities, NASSAU COUNTY POLICE SGT. JOHNSON, in his individual and official capacities, NASSAU COUNTY POLICE OFFICER TEDESCHI, in his individual and official capacities, and NASSAU COUNTY POLICE OFFICER JOHN/JANE DOES #1-10 (fictitiously named), in their individual and official capacities,

                              Defendants.
---------------------------------------------------------------------- X

2:24-cv-06688 (SJB)(ST)

**STIPULATION AND ORDER OF DISMISAL**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: Augst 27, 2025

**ATTORNEYS FOR PLAINTIFF:**

HORN WRIGHT, LLP

By: _____
Pablo A. Fernandez, Esq.
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 355-9696

**SO ORDERED:**

_____
**HON. STEVEN L. TISCIONE**

**ATTORNEYS FOR DEFENDANTS:**

THOMAS A. ADAMS
Nassau County Attorney

By: _____
Matthew Rozea, Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3056