UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

ANTONIO AYALA,

                                 Plaintiff,

                     -against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, NASSAU COUNTY POLICE OFFICER
MICHAEL T. MCINTYREN, in his individual and official
capacities, NASSAU COUNTY POLICE SGT. JOHNSON,
in his individual and official capacities, NASSAU
COUNTY POLICE OFFICER TEDESCHI, in his individual
and official capacities, and NASSAU COUNTY POLICE
OFFICER JOHN/JANE DOES #1-10 (fictitiously named),
in their individual and official capacities,

                               Defendants.

--------------------------------------------------------------------- X

2:24-cv-06688 (SJB)(ST)

**STIPULATION AND
ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: August 27, 2025

**ATTORNEYS FOR PLAINTIFF:**

HORN WRIGHT, LLP

By: _____
    Pablo A. Fernandez, Esq.
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 355-9696

**ATTORNEYS FOR DEFENDANTS:**

THOMAS A. ADAMS
Nassau County Attorney

By _____
    Matthew Rozea, Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3056

**SO ORDERED:**

_/s/ Sanket J. Bulsara_    August 28, 2025
**SANKET J. BULSARA**
**United States District Judge**

Date: **August 28, 2025**
    **Central Islip, New York**